UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

DEBTOR: Hilda D. Gomez       JOINT DEBTOR:_____       CASE NO.: 16-11268-RAM
Last Four Digits of SS# XXX-0030       Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of 60 months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

    A.    $ 745.80 for months 1 to 60; in order to pay the following creditors:

Administrative:    Attorney's Fee $ 3,650.000   TOTAL PAID $ 1,850.00
    Balance Due   $ 1,800.000 payable $ 360.00 /month (Months 1 to 5 )

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. _____       Arrearage on Petition Date $_____
Address:_____       Arrears Payment $_____/month (Months __ to __)
_____       Regular Payment $_____/month (Months __ to __)
Account No: _____

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. None            Total Due  $_____
    Payable     $_____/month (Months____ to ____) Regular Payment $_____

Unsecured Creditors: Pay $ 318.00 /month (Months 1 to 5 ) and $ 678.00/month (Months 6 to 60).

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: Debtor will continue to pay her mortgage to Bank of America (Account No.XXX-2720) for her homestead property located at 1855 W 60th Street, #430, Hialeah, FL 33012.

Debtor will continue to pay her Wells Fargo Auto Loan (Account No.XXX-0001) for her 2009 Toyota Corolla.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.
  /s/ Robert Sanchez, Esq.                       _____
Attorney for the Debtor                              Attorney for the Joint Debtor
Date: 2/6/2016                                       Date:_____

LF-31 (rev. 01/08/10)