UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**
**2nd amended plan**

DEBTOR: Hilda D. Gomez          JOINT DEBTOR:_____     CASE NO.: 16-11268-RAM
Last Four Digits of SS# XXX-0030          Last Four Digits of SS# \_\_\_\_\_

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of 60 months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

   A.   $ 804.48 for months 1 to 60; in order to pay the following creditors:

Administrative:     Attorney's Fee $ 3,650.000    TOTAL PAID $ 1,850.00
                    Balance Due  $ 1,800.000  payable $ 360.00 /month (Months 1 to 5 )

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. None_____       Arrearage on Petition Date $_____
Address:_____       Arrears Payment $_____/month (Months \_\_ to \_\_)
_____       Regular Payment $_____/month (Months \_\_ to \_\_)
Account No: _____

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| None | | | | | |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. None_____   Total Due  $_____
                               Payable    $_____/month (Months \_\_\_ to \_\_\_) Regular Payment $_____

Unsecured Creditors: Pay $ 364.03 /month (Months 1 to 5 ) and $ 724.03/month (Months 6 to 60).

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: Debtor will continue to pay her mortgage to Bank of America (Account No.XXX-2720) for her homestead property located at 1855 W 60th Street, #430, Hialeah, FL 33012. Debtor is current with secured creditor Westland Court Condo Association and will continue to pay said creditor directly outside the chapter 13 plan.
Debtor will continue to pay her Wells Fargo Auto Loan (Account No.XXX-0001) for her 2009 Toyota Corolla. The debtor(s) will modify the plan to increase the amounts to be paid to provide for a 100% payment of all allowed unsecured claims.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.
       /s/Robert Sanchez                          _____
Attorney for the Debtor                           Joint Debtor
Date: 3-16-2016                                   Date:_____

LF-31 (rev. 01/08/10)