UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:    Hilda Delia Gomez                    Case No: 16-11268-RAM
                                               Chapter 13
_____Debtor_____/

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY,** that a true and correct copy of the Agreed Order To Employer to Deduct and Remit and for Related Matters [ECF 31] was sent to all interested parties on March 21, 2016 as follows:

Electronically:

Nancy N. Neidich, Trustee

Via First Class Mail:

Debtor, Hilda Delia Gomez
1855 W 60th Street #430
Hialeah, FL 33012-8924

U.S. Department of Agriculture   (The Employer)
 4380 Oakes Road Suite 811
 Davie, FL 33314

        Respectfully Submitted:
        **ROBERT SANCHEZ, P.A.**
        Attorney for Debtor
        355 West 49th Street
        Hialeah, FL 33012
        Tel. 305-687-8008

        By:*/s/ Robert Sanchez*_____
        Robert Sanchez, Esq., FBN#0442161