UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:   Hilda Delia Gomez                                   Case No: 16-11268-RAM
                                                             Chapter 13
_____Debtor_____/

## SUPPLEMENTAL CERTIFICATE OF SERVICE

**I HEREBY CERTIFY,** that a true and correct copy of the Agreed Order To Employer to Deduct and Remit and for Related Matters [ECF 31] was sent to all interested parties on April 26, 2016 as follows:

Electronically:

Nancy N. Neidich, Trustee

Via First Class Mail:

Debtor, Hilda Delia Gomez
1855 W 60th Street #430
Hialeah, FL 33012-8924

U.S. Department of Agriculture   (The Employer)
 4380 Oakes Road Suite 811
 Davie, FL 33314

U.S. Department of Agriculture   (The Employer)
USDA APHIS MRPBS, Human Resources
Butler Square, 100 North Sixth Street
Minneapolis, MN 55403-1588

        Respectfully Submitted:
        **ROBERT SANCHEZ, P.A.**
        Attorney for Debtor
        355 West 49th Street
        Hialeah, FL 33012
        Tel. 305-687-8008

        By:*/s/ Robert Sanchez*_____
        Robert Sanchez, Esq., FBN#0442161